# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR359 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GERARD A. KIMSEY, | ) | |
| Defendant. | ) | |

This matter is before the Court regarding a potential reduction in sentence under 18 U.S.C. § 3582(c)(2). No motion has been filed. The probation office has prepared a worksheet recommending a reduction. Defense counsel has been appointed and entered an appearance (Filing Nos. 46, 47).

IT IS ORDERED that the parties must file a stipulation or separate briefs stating their positions on or before April 23, 2012.

DATED this 22nd day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge